E-FILED
Friday, 11 January, 2008  09:55:50 AM
Clerk, U.S. District Court, ILCD

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA

v.

ERNEST YOUNG

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-MJ-6001

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _January 10, 2008_ in _Peoria_ county, in the _Central_ District of _Illinois_ the defendant, (Track Statutory Language of Offense)

knowingly possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 841(b)(1)(B)___

I further state that I am a(n) _DEA Federal Task Force Officer_ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

s/ Agent
_____
Signature of Complainant
Loren Marion III
DEA Federal Task Force Officer

Sworn to before me and subscribed in my presence,

_January 11, 2008_    at    _Peoria, Illinois_
Date                          City and State

JOHN A. GORMAN           s/ John A. Gorman
United States Magistrate Judge
_____
Name & Title of Judicial Officer      Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Your Affiant, Loren Marion III, is a Police Officer employed by the City of Peoria. Your Affiant has been so employed since October 3, 1994. Your Affiant is currently assigned to the Special Investigations Division/ Vice and Narcotics Unit (S.I.D.). Your Affiant has been assigned to the S.I.D. Unit since January 2001. Your Affiant is also a Task Force Officer with the Drug Enforcement Administration- Springfield, IL. Resident Office, stationed in Peoria, Illinois. Your Affiant has been assigned as a Task Force Officer since March 7, 2006. During the course of your Affiant's law enforcement experience, your Affiant has received extensive training for investigations of narcotics violations, including but not limited to, a 40 hour Basic Narcotics Investigation course held at Fort Leonard Wood, MO. in 2001. In addition, your Affiant has also participated in numerous arrests and seizures.

1. This affidavit is made in support of an application for an arrest warrant for Ernest YOUNG. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a) (1) and (b) (1) (B).

2. Your Affiant is familiar with the following facts based upon your Affiant's personal observations and upon information officially supplied to your Affiant by other law enforcement agents.

3. Information was received that drug trafficking was occurring at 2009 W. Ann, Peoria, Il. An investigation was conducted and enough information was gathered to prepare a complaint for search warrant and search warrant for Ernest YOUNG and 2009 W. Ann, Peoria, Il. These documents were reviewed and signed by Judge J. Maher.

4. On January 10, 2008, members of the Peoria Police Department's Special Investigations Division, Vice/Narcotics Unit (S.I.D.) executed the search warrant on YOUNG and 2009 W. Ann, Peoria, Illinois.

5. When the entry team reached the front door, Officer Chad Batterham knocked on the front door. A male voice from within the residence asked, "Who is it?". Officer Batterham waited for a few seconds and knocked on the door again. The male voice inside again asked, "Who

is it?". Officer Batterham announced in a loud voice, "Police with a search warrant!". After approximately 10 seconds the door was not opening, therefore, Officer Barisch used the ram and forced the door open. Entry was made into the residence with Officers continuously announcing, "Police, search warrant!". Ernest YOUNG was located in the living room and Sharece ANDERSON was located in the dining room with a small child.

6. During a search of the residence, Officers located two digital scales (one with suspected cocaine residue on it), two small glass jars with suspected cocaine residue in it, an opened box of plastic sandwich bags, plastic bag "tear offs", suspected crack cocaine that was not in any type of packaging, a knotted plastic bag containing two individual knotted pieces of plastic that contained suspected crack cocaine. The weight of the suspected crack cocaine was 8.4 grams without packaging. The suspected crack cocaine was later field tested with the VALTOX test kit by Officer Duncan. The field test was positive by color for the presence of cocaine.

7. During the search of YOUNG, Officers located $1,150.00 in U.S. currency.

8. YOUNG was transported to the Peoria Police Department to be interviewed. Officer Miller and your Affiant interviewed YOUNG. YOUNG was given a Miranda Warning/Waiver form. YOUNG read the Miranda Warning/Waiver form. YOUNG initialed in the appropriate spaces and signed the form. YOUNG waived his rights and agreed to talk about the crack cocaine that was found.

9. YOUNG stated that on 01-09-08 he acted as a "go between" and purchased 1½ ounces of crack cocaine for a "friend". YOUNG said that when he bought the 1½ ounces, he also bought a ¼ ounce of crack cocaine for $300.00 for himself. YOUNG said that the crack cocaine was in one chunk. YOUNG said that he already gave the 1½ ounces of crack cocaine to his "friend". YOUNG said he gave the ¼ ounce to ANDERSON to "hold".

10. Based on the information in this affidavit, your Affiant requests the issuance of an arrest warrant for Ernest YOUNG.

s/ Agent

Task Force Officer Loren Marion III
Drug Enforcement Administration


Sworn to and subscribed to
Before me this date

January 11, 2008

s/ John A. Gorman

John A. Gorman
United States Magistrate Judge
Peoria, Illinois