E-FILED
Tuesday, 22 January, 2008 01:36:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

ERNEST YOUNG

## WARRANT FOR ARREST

CASE NO. 08-MJ-6001

TO:  THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __ERNEST YOUNG__, and bring him
Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute, in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(B)__

___John A. Gorman___     ___United States Magistrate Judge___
Name of Issuing Officer        Title of Issuing Officer
s/ John A. Gorman

___[signature]___        ___1-11-08___        Peoria, Illinois
Signature of Issuing Officer     Date and Location

Bail fixed at $ __No Bond -Detention Requested__ by __John A. Gorman, United States Magistrate Judge__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Peoria__

| Date Received 01/14/08 | Name of Arresting Officer _Loren Morton_ | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 01/10/08 | Title of Arresting Officer _DEA_ | s/ Officer |